11-00976:9.0:Exhibit:Main Document Entered: 6/17/2011 4:56:07 PM by:Jaime Dowell Page 1 of 3

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** | **Govindarajan D. Cherbrolu** ) | |
| | **Sowmya G. Cebrolu** ) | |
| | ) | **Chapter 13 Proceedings** |
| | ) | |
| | ) | |
| | **Debtor(s).** ) | **Case No.: 11 - 00409** |
| | ) | |
| | ) | |
| | **Govindarajan D. Cherbrolu** ) | |
| | **Sowmya G. Cebrolu** ) | |
| | ) | |
| | **Plaintiff(s)** ) | |
| | **vs.** ) | **Adv. No.: 11 - 00976** |
| | ) | |
| | **PNC Bank** ) | |
| | **Defendant(s).** ) | |

### FINDINGS OF FACTS

1.  The Plaintiffs are Govindarajan Chebrolu and Sowmya Cebrolu ("Plaintiffs").

2.  The Defendant is PNC Bank.

3.  On January 6, 2011, Plaintiffs filed a petition for relief under Chapter 13 of the

    Bankruptcy Code.

4.  Plaintiffs own real estate located at 1389 West Hill Road., Palatine, Illinois 60067

    ("Property").

5.  At the time the Bankruptcy petition was filed, the fair market value of the Property was

    $ 623,000.00.

6.  BAC Home Loans Servicing holds a senior mortgage lien in the amount of $674,946.00.

7.  PNC Bank holds a junior mortgage lien in the amount of $154,264.85.

8.  The amount of the senior mortgage lien held by BAC Home Loans Servicing exceeds the

value of the Property.

9.   On April 26,2011, Plaintiffs filed a complaint determine the validity of the lien held by

PNC Bank and Clerk of the Court issue a summons.

10.   On April 29, 2011 , in accordance with Fed. R. Bankr. P § 7004, a copy of the summons

and complaint were served on an officer of PNC Bank.

11.   The summons indicated that a motion or answer to the complaint was to be filed with the

court within 30 days from the date of issuance of said summons.

12.   To date, PNC Bank has not filed an answer or any other pleading with the Court.

13.   No evidence has been presented to challenge the valuation of the Property at

$ 623,000.00.

## CONCLUSIONS OF LAW

1.   This court has jurisdiction over this matter pursuant to 28 U.S.C. § 157(a) and § 1334(b).

2.   This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(K).

3.   Venue is proper pursuant to 28 U.S.C. § 1409.

4.   This adversary proceeding arises under 11 U.S.C § 506 and Fed. R. Bankr P § 3012.

5.   The Plaintiff's property is valued at $623,000.00 and is subject to a senior lien held by

BAC Home Loans Servicing in the amount of $ 674,946.00 and a junior lien in the

amount of $154,246.85  held by PNC Bank.

6.   Thus, there is no value or equity to support the junior mortgage lien of PNC Bank.  The

junior mortgage lien of PNC Bank is not a claim secured by a security interest in the

Plaintiff's Property.  The Chapter 13 Plan may value the collateral under Fed. R. Bankr.

§ 3012 and determine the respective rights of the secured creditors through the language

used there in, contingent on confirmation thereof, completion of the Plan by the

Plaintiffs, and entry of the discharge.  In re Meyer, 2009 B 20268, Docket Entry 6-

(Bankr. N.D. Ill. January 29, 2010).

Dated:  7/1/1
        
Entered:
Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Prepared by:

Bohlman Law Offices, P.C.
Attorney for Plaintiff(s)
12 S. Riverside Ave., Ste D
St. Charles, IL  60174
630.443.7722 (Telephone)
630.443.7725 (Facsimile)

JUL - 1 2011